**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Michery, <br><br> Plaintiff, <br><br> v. <br><br> Ford Motor Company, a Delaware corporation; Board Ford, a California entity, form unknown; and DOES to 100, inclusive, <br><br> Defendants. | CV 12-04957 RSWL (FFMx) <br><br> **JUDGMENT** |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Ford Motor Company and against Plaintiff David Michery.  As no

//

1

1 | other defendants remain, this Action is dismissed in
2 | its entirety.
3
4
5 | **IT IS SO ORDERED.**
6 | DATED: November 12, 2013
7
8 | RONALD S.W. LEW
9 | **HONORABLE RONALD S.W. LEW**
10 | Senior, U.S. District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28