**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MICHERY, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; BOARD FORD, a California entity; and DOES 1 to 100, inclusive, <br><br> Defendants. | CV No. 12-04957-RSWL-FFMx <br><br> **JUDGMENT** |

**WHEREAS**, on October 31, 2017, this action came on for trial before the Court and a jury, the Honorable Ronald S.W. Lew, presiding. The issues having been duly tried and the jury having duly rendered its verdict, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant Ford Motor Company and against Plaintiff David Michery.

///

///

///

| | |
|---|---|
| 1 | Plaintiff David Michery shall recover nothing. |
| 2 | Defendant Ford Motor Company shall recover its costs in |
| 3 | this action and may make a motion to the Court for |
| 4 | attorneys' fees. |
| 5 | This action is hereby dismissed in its entirety. |
| 6 | **IT IS SO ORDERED.** |
| 7 | DATED: November 16, 2017   s/ RONALD S.W. LEW |
| 8 | **HONORABLE RONALD S.W. LEW** |
|   | Senior U.S. District Judge |