# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHERY,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; BOARD FORD, a California entity, form unknown; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CV 12-04957-RSWL-FFMx<br><br>**AMENDED JUDGMENT** |

**WHEREAS**, on October 31, 2017, this action came on for trial before the Court and a jury, the Honorable Ronald S.W. Lew, presiding. The issues having been duly tried and the jury having duly rendered its verdict, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant Ford Motor Company and against Plaintiff David Michery

Plaintiff David Michery shall recover nothing. Defendant Ford Motor Company shall recover its costs in the amount of $23,197.87.

**IT IS SO ORDERED**.

Dated: February 15, 2018

s/ RONALD S.W. LEW
Honorable Ronald S. W. Lew
Senior U.S. District Court Judge

010-8594-3034/1/AMERICAS